# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:96-cr-00145-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| BRENT HONEYCUTT, | ) | |
| Defendant. | ) | |

THE MATTER is before the Court on Defendant's Motion for Reduction of Sentence (Doc. No. 195).

Defendant has failed to present any compelling legal argument or set of facts to support his motion. Defendant cites "rule 7-B of the Federal Rules of Civil Procedure" as the basis for his motion. Rule 7, however, provides no basis for the relief sought by Defendant. Moreover, Defendant's argument that he is in ill health is an insufficient reason to warrant a reduction in Defendant's sentence.

IT IS, THEREFORE, ORDERED that Defendant's Motion for Reduction of Sentence (Doc. No. 195) is DENIED.

IT IS SO ORDERED.

Signed: October 30, 2007

Frank D. Whitney
United States District Judge